# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Criminal No. 05-387 (1)-(2) (RHK/RLE) |
| Plaintiff, | **ORDER CONTINUING TRIAL DATE AND EXCLUDING DELAY** |
| v. | |
| 1.  John Thomas Turpin, a/k/a John Thomas Goodwin, and | |
| 2.  Gary Lynn Goodwin, | |
| Defendants. | |

---

The Court finds that the exclusion of delay of time from 5/11/2007 through 6/11/2007 is in the interests of justice and the Motion to exclude time from May 11, 2007 through June 11, 2007 is **GRANTED** and time from May 11, 2007 through June 11, 2007 will be excluded from speedy trial clock calculations.

Dated: May 14, 2007

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United Stats District Judge